UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> KENNETH BRISSETTE and ) <br> TIMOTHY SULLIVAN ) <br> ) | Crim. No. 16-10137-LTS |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel on behalf of Defendant Timothy Sullivan in the above-captioned matter.

                                                          Respectfully submitted,

                                                          /s/ James Kelley
                                                          James Kelley, BBO# 686116
                                                          Acucity Law LLC
                                                          One International Place, Suite 1400
                                                          Boston, MA 02110
                                                          (617) 702-4000
                                                          jkelley@acucity.com

DATED:       July 10, 2019

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 10, 2019.

                                              /s/ James F. Kelley
                                              James Kelley, BBO# 686116