# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) Case No. 16-cr-10137-LTS <br> ) |
| KENNETH BRISSETTE and <br> TIMOTHY SULLIVAN | ) <br> ) <br> ) |

## DEFENDANT SULLIVAN'S MOTION REQUESTING A PRETRIAL "JAMES HEARING" AND RELATED RELIEF

Defendant Timothy Sullivan hereby requests a pre-trial hearing on the admissibility of co-conspirator hearsay statements against him and to preclude the government from referencing such statements in its opening for the reasons set forth in the accompanying memorandum of law.

Respectfully submitted,

TIMOTHY SULLIVAN,
By his attorneys,

/s/ *William J. Cintolo*
/s/ *Thomas R. Kiley*
/s/ *Meredith G. Fierro*

Thomas R. Kiley (BBO # 271460)
William J. Cintolo (BBO # 084120)
Meredith G. Fierro (BBO # 696295)
COSGROVE EISENBERG & KILEY, P.C.
One International Place, Suite 1820
Boston, MA 02110
617.439.7775 (tel)
617.330.8774 (fax)
wcintolo@ceklaw.net
tkiley@ceklaw.net
mfierro@ceklaw.net

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel hereby certifies that the parties have conferred in an effort to narrow the issues raised by this motion.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 16, 2019.

*/s/ Meredith G. Fierro*