UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v. | )    Criminal Action No. 16-10137-LTS |
|  | ) |
| KENNETH BRISSETTE and | ) |
| TIMOTHY SULLIVAN | ) |

---

**ORDER ON MOTION REQUESTING**
**PRETRIAL "JAMES HEARING" (DOC. NO. 294)**

July 19, 2019

SOROKIN, J.

Defendant Timothy Sullivan has requested a pretrial hearing on the admissibility of certain alleged co-conspirator statements he expects the government to offer at trial. Doc. No. 294. The government has opposed the motion. Doc. No. 304. Having considered the parties' submissions, the Court hereby ORDERS as follows:

1) The motion is DENIED as MOOT insofar as it seeks to preclude the government from referencing the challenged statements in its opening, in light of the government's assurance it will not do so.

2) The motion is DENIED as MOOT insofar as it seeks to preclude the government from examining the alleged co-conspirator about a hearsay statement reflected in the FBI 302 dated July 9, 2019, in light of the government's assurance it will not elicit such testimony.

3) To the extent the motion challenges the ultimate admissibility of the alleged co-conspirator's statements, the motion is DENIED without prejudice to the defendant(s) raising specific objections to such statements during trial.

4) The motion is DENIED insofar as it seeks a hearing on these issues now; the

   Court will follow the usual procedure in this jurisdiction for assessing and ruling

   on admissibility of alleged co-conspirator statements.  See United States v.

   Petrozziello, 548 F.2d 20 (1st Cir. 1977).

                                        SO ORDERED.

                                         /s/ Leo T. Sorokin
                                        United States District Judge