8/6/2014
2:25 pm

Could the jury please have some additional copies of the judge's instructions (at least 30 more)?

1:16-cr-10137-LTS
Question 1

Aug 7, 2014
9am

Could the jury please receive 8 more copies of the judge's instructions pp. 15-27 so every jury member has a copy to examine during our discussions?

Question 2
8:55am

Aug 7, 2014
9:05am

Could the judge please provide for the jury guidance on avoiding/handling the media after the case is over — both immediately after and in the future.

███████████████

Question 3
9:07 AM